In the Matter of the Care and Treatment of Terry JAMES, a/k/a Terry Dee James, a/k/a Terry T. James, a/k/a T.D. James, a/k/a T. James, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73478.

Missouri Court of Appeals, Western District.

Oct. 9, 2012.

Erika R. Eliason, Columbia, MO, for appellant.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

ORDER

PER CURIAM:

Terry James ("James") appeals from a judgment of the probate court that committed him to the custody of the Department of Mental Health as a sexually violent predator. We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.